

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00217-CR

Mario **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 299th District Court, Travis County, Texas
Trial Court No. D-1-DC-09-207349
Honorable Karen Sage, Judge Presiding

PER CURIAM

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Marialyn Barnard, Justice

Delivered and Filed:  April 20, 2016

APPEAL DISMISSED

On April 12, 2016, appellant filed a motion to dismiss this appeal.  The motion is granted,

and the appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish